**(April 14, 1953.)**

■

EQUATORIAL NAVIGATION CO., INC., Appellant, v. LLOYD BRASILEIRO, Respondent.— The question in this case, raised on a motion addressed to the summons, without the service of a complaint, is whether the court should decline jurisdiction on the ground of *forum non conveniens*. In the absence of a complaint in this case, it is impossible to determine whether plaintiff's cause of action is based on a contract made here, as plaintiff contends, or is based upon a tort committed in Brazil, as defendant contends. The order entered upon a motion addressed to the summons unanimously reversed and the motion denied, with leave to the defendant to make any motion addressed to the complaint, as it may be advised, after the complaint is served. Settle order on notice. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.

■

In the Matter of MORRIS BACK, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed without prejudice to any action by the petitioner against the subtenant for damages for the value or use of petitioner's furniture and furnishings during the period in question. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *post*, p. 1019.]

■

In the Matter of LELIA DRAKE, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant, and ALFRED HOLLANDER et al., Interveners, Appellants.— In view of the change in circumstances, the order appealed from is unanimously modified to the extent of remitting the matter to the State Rent Administrator for the purpose of effecting an exchange of the tenant's four-room apartment for the landlord's three-room apartment, if such an exchange is deemed proper by the Administrator, and for such further action as the Administrator may find necessary and, as so modified, the order is affirmed. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

In the Matter of ROSE GYOMBER, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant, and JOSEPH NICHOLAS, Intervener, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

THOMAS P. MESICK, Appellant, v. PEROTT & CO., INC., Respondent, et al., Defendants.— Orders unanimously affirmed, with $20 costs and disbursements to the defendant-respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

TRANS-OCEANIC FISHERIES, INC., Appellant, v. I. C. C. DYEKJAER, A. S., Defendant. DEN DANSKE LANDMANSBANK, Third-Party Claimant-Respondent. — Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.